1    IN THE UNITED STATES DISTRICT COURT

2

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    ERIC H. BASS,                                    No. C 11-03102 YGR (PR)

6                    Plaintiff,                       **ORDER DIRECTING PLAINTIFF TO
                                                      SHOW CONTINUED INTENT TO
7         v.                                          PROSECUTE THIS ACTION**

8    E. TOOTELL, et al.,

9                    Defendants.
     _____/

10

11       Plaintiff filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983.

12       Before the Court is Defendants' motion to dismiss pursuant to Federal Rule of Civil

13   Procedure 41(b) (docket no. 17). Defendants allege that Plaintiff was paroled from San Quentin

14   State Prison on February 2, 2012. To date, Plaintiff has not updated his current address as the Court

15   had directed him to do so in its October 21, 2011 Order of Service. The Court also informed

16   Plaintiff that the failure to keep the Court informed of any change of address would result in the

17   dismissal of this action for failure to prosecute pursuant to Rule 41(b). (Oct. 21, 2011 Order at 6.)

18       Pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to

19   prosecute or to comply with a court order. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962);

20   *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered

21   when the failure to comply is unreasonable. *See id.* A district court should afford the litigant prior

22   notice of its intention to dismiss. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th

23   Cir. 1987). Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* whose address

24   changes while an action is pending must promptly file and serve upon all opposing parties a notice

25   of change of address specifying the new address. *See* L.R. 3-11(a). The Court may, without

26   prejudice, dismiss a complaint or strike an answer when: (1) mail directed to the attorney or the *pro
     se* party by the court has been returned to the court as not deliverable, and (2) the court fails to

27

28

1  receive within sixty days of this return a written communication from the attorney or *pro se* party

2  indicating a current address. *See* L.R. 3-11(b).

3       In the instant case, the Court has been informed that Plaintiff was paroled on February 2,

4  2012. As mentioned above, Plaintiff has failed to provide the Court with his current address.

5  Furthermore, it has been almost than two and a half months since Plaintiff has communicated with

6  the Court. Plaintiff filed a letter on December 21, 2011, and he has not communicated with the

7  Court since that date. Accordingly, it is in the interests of justice and judicial efficiency for the

8  Court to establish whether Plaintiff intends to continue to prosecute this action, or to confirm that

9  Plaintiff has been paroled from San Quentin State Prison.

10       In light of the foregoing, the Clerk of the Court shall send a copy of this Order to Plaintiff at

11  his address on file: **Eric H. Bass, T-34787, San Quentin State Prison, San Quentin, California**

12  **94974.**

13       If Plaintiff is still housed at San Quentin State Prison, he shall file with the Court a notice

14  indicating his continued intent to prosecute no later than **thirty (30) days** from the date of this

15  Order. Failure to timely do so shall result in **dismissal of this action without prejudice** under Rule

16  41(b).

17       If Plaintiff has, in fact, been paroled, and this Order is returned as undeliverable, the Court

18  will grant Defendants' motion to dismiss this action pursuant to Rule 41(b).

19       IT IS SO ORDERED.

20  DATED: March 14, 2012 _____

                              **YVONNE GONZALEZ ROGERS**

21                                **UNITED STATES DISTRICT COURT JUDGE**

*Left margin:* **United States District Court** / For the Northern District of California

G:\PRO-SE\YGR\CR.11\Bass3102.41(b)Notice.wpd      2